UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY D. KELLEY,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. BANAI, et al.,<br><br>        Defendants. | No.  2:13-cv-2045 MCE AC P<br><br>FINDINGS AND RECOMMENDATIONS |

On June 18, 2014, defendants moved for summary judgment. ECF No. 22. Plaintiff did not file a response. On August 4, 2014, the court ordered plaintiff to file his opposition within thirty (30) days. ECF No. 24. The thirty-day period has expired, and plaintiff still has not filed any response.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that

////

1

failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 22, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE